N. HARRIS ET AL *v.* E. VANARSDALL ET AL.

**Motion to Quash Sale—Consolidation.**
    The consolidation of several motions to quash the same sale, for several causes, is proper.

**Sales by Sheriff Under Execution Levied by Jailer**
    The sale of land by the sheriff, under an execution formerly levied by the jailer, is illegal and void.

**Same—Levy After Return Day.**
    A sale made by a sheriff, upon a levy made after the return day, is void.

APPEAL FROM MERCER CIRCUIT COURT.

January 29, 1869.

OPINION OF THE COURT BY JUDGE ROBERTSON:

The consolidation of the different motions for quashing the same sale for the same causes was clearly proper.

On the merits there is more difficulty. The record before us presents a crude preparation hardly intelligible with judicial confidence. But it seems to authorize the deduction that the land was sold to satisfy three executions, one of which was levied by the jailer in April and afterwards levied in September by the sheriff who made the sale. And, on this most probable status of the case, the sale was illegal and void, because the sheriff had no authority under the jailer's levy, and his own levy was after the return day of that execution, and therefore that levy and the sale

under it were void, and consequently more land was sold than was necessary.

Wherefore, on this ground, the judgment dismissing the motions was apparently erroneous, and is therefore reversed, and the cause remanded for further proceedings.

*Thompson & Kellar,* for appellant.

*C. A. Hardin, Durham & Jacobs,* for appellee.